AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Eagle Creek Junk Haulers, Inc.

*Plaintiff(s)*

v.

Two Dudes and a Dolly LLC
and
Margaret Martin

*Defendant(s)*

Civil Action No. 5:26-cv-313-SCM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Margaret Martin
1101 Chinoe Rd
Lexington, KY 40502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Francis
Gearhlart Law LLC
771 Corporate Dr, Ste 102
Lexington, ,KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/14/2026

JDS

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

Civil Action No. 5:26-cv-313-SCM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________________
was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

________________________
*Server's signature*

________________________
*Printed name and title*

________________________
*Server's address*

Additional information regarding attempted service, etc: